FILED
Lodged (proposed)
2014 JUL -7 AM 10: 03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:___

1  Walter D. Shaw Jr. "PRO SE"
2  Email: walt8305@sbcglobal.net
3  3500 Crestview Dr.
4  Norco, Ca 92860
5  951-768-0336

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter D. Shaw Jr. "PRO SE", <br> **Plaintiff,** <br> vs. <br> Specialized Loan Servicing, LLC, <br> **Defendant..** | Case No.: EDCV14-00783-MMM-MRW <br> **PLAINTIFF EX PARTE APPLICATION FOR PRELIMINARY INJUNCTION** |

**TO THE HONORABLE COURT:**

I, <u>Walter D. Shaw Jr.</u>, the Plaintiff in this case, hereby apply to the Court ex parte for a preliminary injunction to prevent the Foreclosure Sale of the property located at: 3500 Crestview Dr., Norco, Ca 92860.

I contact the opposing counsel to inform him of the ex parte request. Opposing counsel indicated that he would oppose the ex parte application.

Opposing counsel said that his reasons for opposing the ex parte application are: The complaint has no merit and the case should be dismissed and as he stated in

1  his Notice of Motion and Motion to dismiss Plaintiff's Complaint.
2  This ex parte application is based upon a Memorandum of Point and Authorities,
3  Declaration in Support, the complete files and records in this action, and upon such
4  oral and documentary evidence as may be allowed at the hearing of this motion.

Dated: July 7, 2014



Walter D. Shaw Jr. (PRO SE)
Plaintiff