UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER D. SHAW JR., an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SPECIALIZED LOAN SERVICING ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CASE NO. CV 14-00783 MMM (MRWx) <br><br> PRELIMINARY INJUNCTION ORDER |

On July 7, 2014, plaintiff Robert De Vico filed an *ex parte* application for preliminary injunction, seeking to enjoin defendant Specialized Loan Servicing LLC from foreclosing on his house. Based on its finding that plaintiff had demonstrated a likelihood of success on the merits of his claim that defendants violated California Civil Code § 2923.7, and the possibility of irreparable harm, the court granted plaintiff's motion for a preliminary injunction to enjoin defendant from foreclosing on his home.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Pursuant to Rules 52 and 65 of the Federal Rules of Civil Procedure, the court adopts as the findings of fact and conclusions of law supporting its entry of a preliminary injunction its order

granting plaintiff's application for a preliminary injunction dated July 8, 2014. A copy of the court's July 8, 2014 order is attached hereto as Exhibit "A," and incorporated herein as though fully set forth.

### PRELIMINARY INJUNCTION

In accordance with the court's findings of fact and conclusions of law, IT IS HEREBY ORDERED that during the pendency of this action, defendants are enjoined from foreclosing on plaintiff's house.

This injunction is effective immediately upon proof that by 9:00 a.m. on July 9, 2014, plaintiff has paid defendant $1,659.01. Plaintiff must pay defendant $1,927.38 no later than the fifteenth of every month thereafter, beginning August 2014, until this matter is resolved, or the court will dissolve the injunction on proof by defendant that payment has not been made. Defendant may also move for dissolution of the injunction if it provides proof that it has complied with Civil Code § 2923.7.

DATED: July 9, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12                              **EXHIBIT A**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28